IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA

      vs.                                  Case Number:  00-CR-043-42 (PG)

EDGARDO TORRES-AVILES

*   *   *   *   *   *   *   *   *   *


**SUPPLEMENT TO MOTIONS FILED ON DECEMBER 4, 2002,
AND JULY 21, 2004 AND REQUEST FOR A REVOCATION HEARING**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully informs as follows:

      1.  That on December 4, 2002, a Motion Notifying Supervised Release Violations and Request for the Issuance of an Arrest Warrant was filed notifying the Court of the offender's arrest and pending murder and weapons charges.

      2.  That on July 21, 2004, a supplemental motion was filed informing the final outcome of the new criminal charges against the releasee and the tolling of the supervision term was requested as well.  On October 25, 2004, the Court granted the Order as requested.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct.

In light of the aforementioned, it is respectfully requested that the Court schedule a revocation hearing and Order the Warden of the Maximum Security Penal Institution in Las Cucharas, Ponce to produce the inmate before this Honorable Court. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 22nd day of July 2005.

    Respectfully submitted,

    s/Damarys I. Tellado
    U.S. Probation Officer
    Federal Office Building Rm 400
    150 Carlos Chardón Ave.
    San Juan, P.R. 00918-1741
    Tel. (787) 766-5596/771-1401
    Fax.: (787) 766-5945
    E-mail: damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney, Sonia Torres and to defense counsel, Ernesto Reyes-Blassino.

    s/Damarys I. Tellado
    U.S. Probation Officer
    Federal Office Building Rm 400
    150 Carlos Chardón Ave.
    San Juan, P.R. 00918-1741
    Tel. (787) 766-5596/771-1401
    Fax.: (787) 766-5945
    E-mail: damarys_tellado@prp.uscourts.gov

DT/

Case 3:00-cr-00043-PG    Document 1296    Filed 07/22/2005    Page 3 of 3