IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff

v.    CRIMINAL NO. 00-043 (PG)

EDGARDO TORRES AVILÉS
    Defendant.

## MOTION INFORMING TRAVEL ABROAD

TO THE HONORABLE JUAN M. PÉREZ GIMÉNEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** DEFENDANT, Edgardo Torres Avilés, represented by the undersigned Court appointed counsel, and before this Honorable Court respectfully states and prays as follows:

1.    The undersigned attorney informs that from Thursday, December 1st. to Monday, December 5, 2005 is taking his thirteen (13) year old son to a Tae Kwon Do tournament in the State of Florida. Furthermore, on December 6, 2005, the undersigned counsel has a judicial sale at Ponce Court in the case of *Abbott Laboratories de PR Inc. v. Island Medical & Hospital Supplies, Inc.*, Civil #JCD2002-0174 (604). The judicial sale was set during morning hours (11:15 a.m.) Also, on December 7, 2005 a status conference was set for 10:45 a.m. before judge Jay A. García Gregory in the case *U.S. v Kenneth Ocasio Martínez*. In the afternoon of December 7, 2005 the undersigned counsel has a medical appointment.

Criminal No. 00-043 (pg) -2-

3. Hereby, it is requested from this Honorable Court, not to set a hearing for the business day of December 1, 2, 5, 6 and 7, 2005.

WHEREFORE, it is respectfully requested from this Honorable Court, to take knowledge of the aforementioned, and for any other relief it deems fair and just

RESPECTFULLY REQUESTED.

In Guaynabo, Puerto Rico, November 21, 2005.

S/ERNESTO REYES BLASSINO
ERB LAW OFFICES a P.S.C.
USDC-PR 207014
PO Box 360-361
San Juan, PR 00936-0361
Tel. 787-782-8777 Fax 787-706-1533
e-mail: ernestor@erblawoffices.com

**CERTIFICATE OF SERVICE**

On November 21, 2005, I electronically filed the foregoing Motion for Discovery using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney H.S García (Attn.: Assistant U.S. Attorney Sonia Torres); U.S. Probation Officer, Attn.: Damarys I. Tellado).

S/ERNESTO REYES BLASSINO
ERB LAW OFFICES a P.S.C.
USDC-PR 207014
PO Box 360-361
San Juan, PR 00936-0361
Tel. 787-782-8777
Fax 787-706-1533
e-mail: ernestor@erblawoffices.com