# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL     District of     **PUERTO RICO**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| **EDGARDO TORRES AVILES** | Case Number:    **00-CR-043-42 (PG)** |
| | USM Number:    **19350-069** |
| | **ERNESTO REYES-BLASSINO, ESQ.** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    Statutory Condition & Standard Condition No. II of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Statutory Condition | "The defendant shall not commit another, federal, state or local crime". | October 30, 2002 |
| Standard Condition No. II | "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer". | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ████ | December 13, 2005 |
| Defendant's Date of Birth: ████ | Date of Imposition of Judgment |
| | |
| | S/JUAN M. PEREZ-GIMENEZ |
| | Signature of Judge |
| Defendant's Residence Address: | |
| Residencial Santa Catalina Bldg.. 16 Apt. 89 | |
| Yauco. P.R. 00698 | Juan M. Perez-Gimenez, United States District Judge |
| | Name and Title of Judge |
| | |
| | December 14, 2005 |
| | Date |
| Defendant's Mailing Address: | |
| SAME AS ABOVE | |

Judgment — Page 2 of 2

DEFENDANT: **EDGARDO TORRES-AVILES**
CASE NUMBER: **00-CR-043-42 (PG)**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY FOUR (24) MONTHS. TO BE SERVED CONSECUTIVELY TO ANY SENTENCE OF IMPRISONMENT BEING PRESENTLY SERVED PURSUANT TO 7B1.3(f), REVOCATION OF SUPERVISED RELEASE POLICY STATEMENT/**

☐ The court makes the following recommendations to the Bureau of Prisons:

**X** **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____.

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL