UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

05 DEC 29 PM 4:43

**UNITED STATES OF AMERICA**

Vs.

**TORRES-AVILES, EDGARDO**

00-CR-00043-042 (JAF)

RECEIVED & FILED
2005 DEC 30 AM 11:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this December 29, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer
By: _____